IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

        Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

        Defendants.

**JOINT MOTION FOR ENTRY OF PROPOSED ORDER
MEMORIALIZING THE COURT'S MAY 10, 2021 RULING**

        Plaintiff Altitude Sports & Entertainment, LLC ("Altitude") and Defendants Comcast Corporation and Comcast Cable Communications, LLC (collectively, "Comcast"; together with Altitude, the "Parties") jointly move for entry of the attached [Proposed] Order memorializing Magistrate Judge Hegarty's ruling during a May 10, 2021 Motion Hearing.

**MOTION**

        1.      During a May 10, 2021 Motion Hearing, the Court heard argument and ruled on (1) Altitude's Motion for Order Permitting Disclosure to Industry Expert of Protected Material Produced in Discovery (ECF No. 108); and (2) Comcast's Opposition to Altitude's Motion and Cross-Motion for Protective Order (ECF No. 113). As reflected in the Courtroom Minutes (ECF No. 117), Altitude's motion was "GRANTED to the extent as stated on the record."

        2.      Specifically, during the Motion Hearing, the Court granted Altitude's motion to the extent it sought an order permitting Altitude to disclose Protected Material (as defined in the Protective Order, ECF No. 60), to its industry expert, Mr. Edwin Desser, subject to the terms of

the cooling-off provision that Altitude offered to Comcast as a final counterproposal prior to filing the motion. The Parties understand that pursuant to the Court's ruling, if Altitude discloses to Mr. Desser any Protected Material that Comcast has designated Highly Confidential— Attorneys' Eyes Only, Mr. Desser will be bound by Altitude's proposed cooling-off provision, as set forth in Altitude's motion. *See* ECF No. 108, at 1.

3. To memorialize the Court's ruling and the applicable cooling-off provision for the avoidance of any doubt, the Parties have agreed jointly to request that the Court enter the attached [Proposed] Order as an Order of the Court. Comcast consents to the form of the [Proposed] Order, while respectfully reserving its rights to the extent that the Court's ruling denied the relief sought by Comcast.

For these reasons, the Parties respectfully request that the Court grant this Joint Motion and enter the attached [Proposed] Order.

Dated:  May 14, 2021                                  Respectfully submitted,

| | |
|---|---|
| *s/ Kevin D. Evans* | *s/ Kathryn A. Reilly* |
| Kevin D. Evans | Kathryn A. Reilly |
| EVANS LAW PLLC | Ryan W. Cooke |
| 5613 DTC Parkway, Suite 850 | Wheeler Trigg O'Donnell LLP |
| Telephone: (720) 738-3970 | 370 Seventeenth Street, Suite 4500 |
| Fax: (720) 749-4958 | Denver, CO  80202-5647 |
| Email: kdevans@evanspllc.law | Telephone:   303.244.1800 |
| | Facsimile:    303.244.1879 |
| | Email:   reilly@wtotrial.com |
| |             cooke@wtotrial.com |
| | |
| William A. Isaacson | Arthur J. Burke |
| Amy J. Mauser | David B. Toscano |
| Martha L. Goodman | Christopher Lynch |
| PAUL, WEISS, RIFKIND, | John M. Briggs |
| WHARTON & GARRISON LLP | DAVIS POLK & WARDWELL LLP |
| 2001 K Street, N.W. | 450 Lexington Avenue |
| Washington, D.C. 20006 | New York, New York 10017 |
| Telephone: (202) 223-7313 | Telephone:    212.450.4000 |
| Fax: (202) 379-4937 | Facsimile:     212.701.5800 |
| Email: wisaacson@paulweiss.com | Email:  arthur.burke@davispolk.com |
|          amauser@paulweiss.com |             david.toscano@davispolk.com |
|          mgoodman@paulweiss.com |             christopher.lynch@davispolk.com |
| |             john.briggs@davispolk.com |
| | |
| *Attorneys for Plaintiff Altitude Sports & Entertainment, LLC f/k/a KSE Media Ventures, LLC* | *Attorneys for Defendants Comcast Corporation and Comcast Cable Communications, LLC* |

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 14, 2021, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF PROPOSED ORDER MEMORIALIZING THE COURT'S MAY 10, 2021 RULING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*