IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

       Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

       Defendants.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

    Plaintiff Altitude Sports & Entertainment, LLC ("Altitude") and Defendants Comcast Corporation and Comcast Cable Communications, LLC ("Comcast") (together, "the Parties") jointly and for good cause shown move for an order amending the Scheduling Order (ECF No. 35), as modified by the Court following the Parties' November 30, 2020 status conference (ECF No. 96), to extend and to add certain deadlines in the Scheduling Order. In support of this motion, the Parties state as follows:

1. Consistent with their last Joint Status Report (ECF No. 93), the Parties have been engaged in the second discovery phase. In this second phase of discovery, the Parties have served fourteen Requests for Production of documents, resolved multiple issues regarding the scope of those requests for production, negotiated additional document custodians, negotiated search methodologies and exchanged search terms, and continue to discuss issues related to this second phase of discovery's interrelation with the Parties' completed first phase of discovery. The Parties have endeavored to resolve any discovery-related disputes through the meet-and-confer process, and have made

significant progress in their efforts to resolve any issues arising during this second discovery phase. While the Parties' discussions remain ongoing, the Parties do not currently anticipate the need for judicial intervention, although the Parties each reserve all rights to present any dispute they are unable to resolve should the need to do so arise.

2. The current deadline for the substantial completion of party document production is August 13, 2021. (ECF No. 96.) As a result of the extensive meet-and-confer process described in Paragraph 1, the Parties believe they will need additional time to substantially complete party document production. Because additional time is needed for substantial completion of document production, the Parties also seek additional time for the completion of fact discovery, including third party document productions and fact witness depositions.

3. The current Scheduling Order, as amended, does not set forth deadlines for the Parties to serve affirmative and rebuttal expert reports, or for the Parties to file oppositions to dispositive motions and replies in support of dispositive motions. The Parties now wish to incorporate such deadlines into the Scheduling Order.

4. Accordingly, the Parties propose that the following revised schedule shall govern proceedings in this action:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial completion of party document production | August 13, 2021 | October 8, 2021 |
| Close of fact discovery | October 8, 2021 | December 10, 2021 |
| Deadline to serve affirmative expert reports | | January 14, 2022 |
| Deadline to serve rebuttal expert reports | | March 15, 2022 |

| Close of expert discovery | December 17, 2021 | April 15, 2022 |
|---|---|---|
| Deadline to file dispositive motions | February 1, 2022 | May 27, 2022 |
| Deadline to file oppositions to dispositive motions | | June 24, 2022 |
| Deadline to file replies in support of dispositive motions | | July 15, 2022 |
| Final pretrial conference | April 4, 2022 | Week of August 15, 2022 |

5. The Parties have previously proposed, and the Court has ordered, phased discovery deadlines different from those in the initial Scheduling Order. However, this is the Parties' first motion to amend the Scheduling Order. *See* D.C.COLO.LCIVR 6.1(d).

6. There is no trial date set in this action, the motion has not been filed for any improper purpose, and the requested relief will not prejudice any Party or unduly interfere with the orderly and efficient resolution of this action.

7. Pursuant to D.C.COLO.LCIVR 6.1(c) and WJM Revised Practice Standards II.D.2.b, and as indicated in the Certificate of Service, counsel is simultaneously serving this Joint Motion on their respective clients.

WHEREFORE, the Parties respectfully request that the Court amend the Scheduling Order as set forth above.

Dated: July 27, 2021

/s/ *William A. Isaacson*
William A. Isaacson
Amy J. Mauser
Martha L. Goodman
Melissa Felder Zappala
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.

Respectfully submitted,

/s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Ryan W. Cooke
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Fax: (303) 244-1879

3

Washington, D.C. 20006
Telephone: (202) 223-7313
Fax: (202) 379-4937
Email: wisaacson@paulweiss.com
      amauser@paulweiss.com
      mgoodman@paulweiss.com
      mzappala@paulweiss.com

Kevin D. Evans
EVANS LAW PLLC
5613 DTC Parkway, Suite 850
Greenwood Village, CO 80111
Telephone: (720) 738-3970
Fax: (720) 749-4958
Email: kdevans@evanspllc.law

*Attorneys for Plaintiff Altitude Sports & Entertainment, LLC f/k/a KSE Media Ventures, LLC*

Email: reilly@wtotrial.com
      cooke@wtotrial.com

Arthur J. Burke
David B. Toscano
Christopher Lynch
John M. Briggs
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
Email: arthur.burke@davispolk.com
      david.toscano@davispolk.com
      christopher.lynch@davispolk.com
      john.briggs@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2021, a true and correct copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. Additionally, pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standard II.D.2(b), a copy of the foregoing motion is served upon the following client representatives via email:

For Altitude:
Keirstin Beck
Kroenke Sports & Entertainment
Senior Vice President, General Counsel
Keirstin.Beck@TeamKSE.com

For Comcast:
Charles Shioleno
Comcast Cable
Assistant General Counsel
Charles_Shioleno@comcast.com

*/s/ William A. Isaacson*
William A. Isaacson