IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

      Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

      Defendants.

---

**JOINT MOTION FOR ENTRY OF ORDER
REGARDING COMCAST INDUSTRY EXPERT**

---

Plaintiff Altitude Sports & Entertainment, LLC ("Altitude") and Defendants Comcast

Corporation and Comcast Cable Communications, LLC (collectively, "Comcast"; together with

Altitude, the "Parties") jointly move for entry of the attached [Proposed] Order.

**MOTION**

1.      On July 27, 2021, pursuant to Paragraph 7.4 of the Protective Order (ECF

No. 60), Comcast advised Altitude of its intent to disclose Protected Material (as defined in the

Protective Order) designated by Altitude as Confidential or Highly Confidential—Attorneys'

Eyes Only to an industry expert, Mr. Peter Litman.  On August 3, 2021, Altitude objected to

Comcast's proposed disclosure of Protected Material to Mr. Litman.

2.      To resolve Altitude's objection, the Parties have agreed to the attached [Proposed]

Order, which parallels the cooling-off provisions ordered by the Court for Altitude's industry

expert Edwin Desser.  (ECF No. 120.)

For these reasons, the Parties respectfully request that the Court grant this Joint Motion

and enter the attached [Proposed] Order.

Dated:  August 20, 2021                                    Respectfully submitted,


s/ *William A. Isaacson*                                   s/ *Kathryn A. Reilly*
William A. Isaacson                                        Kathryn A. Reilly
Amy J. Mauser                                              Ryan W. Cooke
Martha L. Goodman                                          WHEELER TRIGG O'DONNELL LLP
PAUL, WEISS, RIFKIND,                                      370 Seventeenth Street, Suite 4500
WHARTON & GARRISON LLP                                     Denver, CO  80202-5647
2001 K Street, N.W.                                        Telephone:   303.244.1800
Washington, D.C. 20006                                     Facsimile:    303.244.1879
Telephone: (202) 223-7313                                  Email:   reilly@wtotrial.com
Fax: (202) 379-4937                                                   cooke@wtotrial.com
Email: wisaacson@paulweiss.com
       amauser@paulweiss.com
       mgoodman@paulweiss.com


KEVIN D. EVANS                                             Arthur J. Burke
EVANS LAW PLLC                                             David B. Toscano
5613 DTC Parkway, Suite 850                                Christopher Lynch
Telephone: (720) 738-3970                                  John M. Briggs
Fax: (720) 749-4958                                        DAVIS POLK & WARDWELL LLP
Email: kdevans@evanspllc.law                               450 Lexington Avenue
                                                           New York, New York 10017
                                                           Telephone:     212.450.4000
                                                           Facsimile:     212.701.5800
                                                           Email: arthur.burke@davispolk.com
                                                                  david.toscano@davispolk.com
                                                                  christopher.lynch@davispolk.com
                                                                  john.briggs@davispolk.com


*Attorneys for Plaintiff Altitude Sports*                  *Attorneys for Defendants Comcast*
*& Entertainment, LLC f/k/a KSE*                           *Corporation and Comcast Cable*
*Media Ventures, LLC*                                      *Communications, LLC*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on August 20, 2021, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF ORDER REGARDING COMCAST INDUSTRY EXPERT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*