IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

       Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

       Defendants.

---

**UNOPPOSED MOTION FOR PERMISSION TO APPEAR VIA VIDEO CONFERENCE AT THE DECEMBER 16, 2021 STATUS CONFERENCE**

---

Plaintiff Altitude Sports & Entertainment, LLC ("Altitude"), by and through its undersigned counsel, hereby moves this Court for an Order granting Altitude's out-of-town counsel permission to appear at the December 16, 2021 status conference via video conference.

**Certificate of Conferral**

Pursuant to D.C.COLO.LCivR 7.1, counsel for Altitude conferred by email with counsel for Defendants Comcast Corporation and Comcast Cable Communications, LLC (collectively "Comcast"), and Comcast's counsel does not oppose this Motion.

**Basis for Motion**

1. A status conference in this case is currently scheduled for December 16, 2021 at 2:00 p.m. in Courtroom A801 of the Alfred J. Arraj United States Courthouse.

2. The order scheduling the conference directed counsel for the parties to appear in person.

3.      Altitude counsel Kevin Evans of the law firm Evans Law PLLC, located in Greenwood Village, CO, plans to appear for the conference in person.

4.      In addition to being represented by Mr. Evans, Altitude is also represented by the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP (Paul, Weiss), with the Paul, Weiss lawyers working in this matter located in Washington, D.C.

5.      Due to the COVID-19 pandemic and the discovery of a new variant, and uncertainty as to the efficacy of existing vaccines in connection with the new variant, it is prudent to limit travel.

WHEREFORE, Altitude respectfully requests that the Court allow Altitude's counsel at Paul, Weiss to appear via video conference at the status conference scheduled for December 16, 2021.

December 1, 2021

/s/ *William A. Isaacson*
WILLIAM A. ISAACSON
(wisaacson@paulweiss.com)
AMY J. MAUSER
(amauser@paulweiss.com)
MARTHA L. GOODMAN
(mgoodman@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7316 (phone)
(202) 204-7344 (fax)

KEVIN D. EVANS
(kdevans@evanspllc.law)
EVANS LAW PLLC
5613 DTC Parkway, Ste. 850
Greenwood Village, CO 80111
(720) 738-3971 (phone)
(720) 749-4958 (fax)

*Attorneys for Plaintiff Altitude Sports & Entertainment, LLC f/k/a KSE Media Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2021, a true and correct copy of the foregoing **MOTION TO APPEAR VIA VIDEO CONFERENCE AT THE DECEMBER 16, 2021 STATUS CONFERENCE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ William A. Isaacson*