IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

        Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

        Defendants.

## MOTION TO WITHDRAW

Plaintiff Altitude Sports & Entertainment, LLC ("Altitude"), by and through its attorneys in the above-captioned matter, hereby moves the Court for an Order pursuant to D.C. COLO.LAttyR 5(b) permitting Amanda J. Sterling to withdraw as counsel of record for Altitude, and states as follows:

1. Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.L.CivR 7.1(b)(4).

2. Effective approximately January 21, 2022, Amanda J. Sterling will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

3. Altitude will continue to be represented by other counsel from Paul, Weiss, Rifkind, Wharton & Garrison LLP and Evans Law PLLC who have already appeared in this case.

4. Because of the continuous representation, counsel for Altitude did not notify Altitude that it is responsible for complying with all court orders and time limitations, nor that it is required to obtain legal counsel as would otherwise be required by D.C.COLO.LAttyR 5(b).

1

Dated this 21st day of January 2022.

          Respectfully submitted,

          */s/ Amanda J. Sterling*
          AMANDA J. STERLING
          (asterling@paulweiss.com)
          WILLIAM A. ISAACSON
          (wisaacson@paulweiss.com)
          MARTHA L. GOODMAN
          (mgoodman@paulweiss.com)
          AMY J. MAUSER
          (amauser@paulweiss.com)
          PAUL, WEISS, RIFKIND, WHARTON &
          GARRISON LLP
          2001 K Street, NW
          Washington, DC 20006-1047
          Telephone: (202) 223-7300
          Facsimile: (202) 223-7420

          KEVIN D. EVANS
          (kdevans@evanspllc.law)
          EVANS LAW PLLC
          5613 DTC Parkway, Ste. 850
          Greenwood Village, CO 80111
          Telephone: (720) 738-3971
          Facsimile: (720) 749-4958

          *Attorneys for Plaintiff Altitude Sports &*
          *Entertainment, LLC f/k/a KSE Media*
          *Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Amanda J. Sterling

1