## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

      Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

      Defendants.

---

### JOINT AGREED MOTION TO STAY DISCOVERY
### PENDING SCHEDULED MEDIATION SESSION

---

Plaintiff Altitude Sports & Entertainment, LLC ("Altitude") and Defendants Comcast Corporation and Comcast Cable Communications, LLC ("Comcast") (together, "the Parties") jointly and for good cause shown move for an order staying discovery pending the Parties' second mediation session scheduled for June 2, 2022.  In support of this motion, the Parties state as follows:

    1.    On February 23, 2022, the Parties participated in an initial mediation session before Magistrate Judge Michael E. Hegarty that did not resolve the case.  Following that session, on February 25, 2022, the Parties agreed to pause discovery in order to continue to work toward a resolution, including participation in a second mediation session.  A second mediation session before Magistrate Judge Hegarty is scheduled for June 2, 2022.

    2.    Pursuant to the Scheduling Order in this case, the close of fact discovery is set for June 10, 2022.  *See* November 19, 2021 Minute Order (ECF No. 136).

3. Given the proximity of the upcoming mediation session and the close of fact discovery, the Parties respectfully seek a stay of discovery and subsequent case deadlines until the conclusion of the mediation process in order to focus their efforts on working toward a resolution.

4. A stay would avoid what could be the unnecessary expenditure of judicial, party, and non-party resources.

5. If the Parties' mediation efforts fail to lead to a resolution, at the conclusion of the mediation process the Parties will promptly confer and submit a proposal to extend the discovery schedule for the total number of days for which discovery has been paused since the February 23, 2022 mediation session, with any appropriate adjustments for weekends and holidays.

6. There is no trial date set in this action, the motion has not been filed for any improper purpose, and the requested relief will not prejudice any Party or unduly interfere with the orderly and efficient resolution of this action.

7. Pursuant to D.C.COLO.LCIVR 6.1(c) and WJM Revised Practice Standards II.D.2.b, and as indicated in the Certificate of Service, counsel is simultaneously serving this Joint Motion on their respective clients.

WHEREFORE, the Parties respectfully request that the Court stay discovery and subsequent case deadlines until the conclusion of the mediation process as set forth above.

Dated: April 5, 2022                                          Respectfully submitted,

/s/ William A. Isaacson                                       /s/ Kathryn A. Reilly
William A. Isaacson                                           Kathryn A. Reilly
Amy J. Mauser

Martha L. Goodman
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7313
Fax: (202) 379-4937
Email: wisaacson@paulweiss.com
amauser@paulweiss.com
mgoodman@paulweiss.com

Ryan W. Cooke
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Fax: (303) 244-1879
Email: reilly@wtotrial.com
cooke@wtotrial.com

Kevin D. Evans
EVANS LAW PLLC
5613 DTC Parkway, Suite 850
Greenwood Village, CO 80111
Telephone: (720) 738-3970
Fax: (720) 749-4958
Email: kdevans@evanspllc.law

*Attorneys for Plaintiff Altitude Sports & Entertainment, LLC f/k/a KSE Media Ventures, LLC*

Arthur J. Burke
David B. Toscano
Christopher Lynch
John M. Briggs
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
Email: arthur.burke@davispolk.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com
john.briggs@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2022, a true and correct copy of the foregoing **JOINT AGREED MOTION TO STAY DISCOVERY PENDING SCHEDULED MEDIATION SESSION** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. Additionally, pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standard II.D.2(b), counsel will serve the foregoing motion upon their respective clients via email:

For Altitude:
Keirstin Beck
Kroenke Sports & Entertainment
Senior Vice President, General Counsel
Keirstin.Beck@TeamKSE.com

For Comcast:
Charles Shioleno
Comcast Cable
Deputy General Counsel
Charles_Shioleno@comcast.com

*/s/ Kevin D. Evans*
Kevin D. Evans