**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

      Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

      Defendants.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff Altitude Sports & Entertainment, LLC ("Altitude") and Defendants Comcast Corporation and Comcast Cable Communications, LLC ("Comcast") (together, "the Parties") jointly and for good cause shown move for an order amending the Scheduling Order (ECF No. 35), as modified by this Court's Minute Order of November 19, 2021 (ECF No. 136) and this Court's Minute Order of April 11, 2022 (ECF No. 154) staying discovery pending a settlement conference, to extend and to add certain deadlines in the Scheduling Order. In support of this motion, the Parties state as follows:

1. Following an initial mediation session on February 23, 2022, the parties agreed to pause discovery on February 25, 2022 to attempt to resolve this case through a second mediation session. *See* ECF No. 152 at 1.

2. On April 5, 2022, the Parties moved the Court to stay discovery pending the mediation process and to extend discovery at least as long as the period of the stay (ECF No. 152). The Parties proposed that at the end of the mediation process, the Parties would confer and propose a schedule for "the total number of days for which discovery has been paused since the February 23, 2022 mediation session, with any appropriate adjustments for weekends and holidays." *Id.* at 2.

3. The Court granted the Parties' motion to stay and, in accordance with the Parties' request, directed the Parties to confer and submit a proposal to extend the discovery schedule if the Parties were unable to resolve the case (ECF No. 154).

4. Because the second mediation session on July 12, 2022 did not result in the case's resolution, the Parties have conferred and determined that 139 days passed between the first and second mediations in this case. The Parties have further discussed that a moderate extension of the deadlines beyond the period of the stay is necessary to address the number of party and non-party depositions to be taken, the difficulty of commencing depositions prior to September, and Altitude's lead counsel having a trial that will coincide with a significant portion of the remaining period for fact discovery, requiring adjustments to the lawyer team representing Altitude.

5. Accordingly, the Parties propose that the following revised schedule shall govern proceedings in this action:

| Event | Current Deadline | Deadlines Adjusting for the Stay (139 days) | Proposed Deadline |
|---|---|---|---|
| Close of fact discovery | June 10, 2022 | October 27, 2022 | December 16, 2022 |
| Deadline to serve affirmative expert reports | July 15, 2022 | December 1, 2022 | February 3, 2023 |

| Deadline to serve rebuttal expert reports | September 16, 2022 | February 2, 2023 | April 7, 2023 |
|---|---|---|---|
| Close of expert discovery | October 14, 2022 | March 2, 2023 | May 5, 2023 |
| Deadline to file dispositive motions | December 2, 2022 | April 23, 2023 | June 26, 2023 |
| Deadline to file oppositions to dispositive motions | January 10, 2023 | May 29, 2023 | August 1, 2023 |
| Deadline to file replies in support of dispositive motions | January 31, 2023 | June 19, 2023 | September 20, 2023 |
| Final pretrial conference | Week of February 27, 2023 | July 16, 2023 | Week of November 27, 2023 |

6. There is no trial date set in this action, the motion has not been filed for any improper purpose, and the requested relief will not prejudice any Party or unduly interfere with the orderly and efficient resolution of this action.

7. Pursuant to D.C.COLO.LCIVR 6.1(c) and WJM Revised Practice Standards II.D.2.b, and as indicated in the Certificate of Service, counsel is simultaneously serving this Joint Motion on their respective clients.

WHEREFORE, the Parties respectfully request that the Court amend the Scheduling Order as set forth above.

Dated: August 17, 2022

*/s/Kevin D. Evans*
Kevin D. Evans
EVANS LAW PLLC
5613 DTC Parkway, Suite 850
Greenwood Village, CO 80111
Telephone: (720) 738-3970
Fax: (720) 749-4958
Email: kdevans@evanspllc.law

William A. Isaacson
Amy J. Mauser
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7313
Fax: (202) 379-4937
Email: wisaacson@paulweiss.com
       amauser@paulweiss.com

*Attorneys for Plaintiff Altitude Sports & Entertainment, LLC f/k/a KSE Media Ventures, LLC*

Respectfully submitted,

/s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Ryan W. Cooke
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Fax: (303) 244-1879
Email: reilly@wtotrial.com
       cooke@wtotrial.com

Arthur J. Burke
David B. Toscano
Christopher Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
Email: arthur.burke@davispolk.com
       david.toscano@davispolk.com
       christopher.lynch@davispolk.com

*Attorneys for Defendants Comcast Corporation and Comcast Cable Communications, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2022, I caused a true and correct copy of the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record. Additionally, pursuant to D.C.COLO.LCivR 6.1(c) and WJM Revised Practice Standard II.D.2(b), a copy of the foregoing motion is served upon the following client representatives via email:

For Altitude:
Keirstin Beck
Kroenke Sports & Entertainment
Senior Vice President, General Counsel
Keirstin.Beck@TeamKSE.com

For Comcast:
Charles Shioleno
Comcast Cable
Assistant General Counsel
Charles_Shioleno@comcast.com

*/s/Kevin D. Evans*
Kevin D. Evans