IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

    Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2022.**

    Upon Defendants' emailed request, the Court schedules a Discovery Conference for **September 15, 2022** at **2:30 p.m.,** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Defendants shall inform the two interested non-parties, Stanley Kroenke and Josh Kroenke, of this setting.

    Counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear remotely. Please contact Chambers at (303) 844-4507 at least two business days beforehand to make arrangements.

    In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted by **noon on September 14, 2022**.