IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

    Plaintiff,

v.

COMCAST CORPORATION, and
COMCAST CABLE COMMUNICATIONS, LLC,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 20, 2023.**

    At the parties' telephonic request, the discovery conference set for January 24, 2023 is **vacated**.