IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-3253-WJM-MEH

ALTITUDE SPORTS & ENTERTAINMENT, LLC,

    Plaintiff,

v.

COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS, LLC,

    Defendants.

---

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed March 17, 2023 (ECF No. 190). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulation of Dismissal is GRANTED. Pursuant to Rule 41(a)(1), Fed.R.Civ.P., the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 20th day of March, 2023.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge